IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES EDWARDS BROOKS,<br><br>    Defendants. | No. C 15-01693 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

On April 14, 2015, Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. (Docket Nos. 1 and 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was deficient because he failed to attach supporting documentation, i.e., (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was provided with a blank copy of the Court's IFP application, including a Certificate of Funds form; and a postage-paid return envelope, and directed to file a response within twenty-eight days to avoid dismissal of this action. (Id.)

//

Order of Dismissal
P:\PRO-SE\HRL\CR.15\01693Brooks_dism-ifp.wpd

1 | The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed
2 | the necessary documents to complete his IFP application. Accordingly, this case is
3 | **DISMISSED** without prejudice for failure to pay the filing fee.
4 | The Clerk shall terminate any pending motions and close the file.
5 | **IT IS SO ORDERED.**
6 | DATED: 5/29/15
7 | HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\CR.15\01693Brooks_dism-ifp.wpd

2